

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Hugo Aguilar v. The State of Texas

Appellate case number:   01-21-00680-CR

Trial court case number:   17-DCR-080285A

Trial court:                        434th District Court of Fort Bend County

  Appellant, Hugh Aguilar, has filed a Second Motion for Extension to File Appellate Brief.  The motion is **granted.**  Appellant's brief is due **August 8, 2022.**

  It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
          Acting individually


Date:  July 28, 2022